|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| DURGA OLI,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 2:15-cv-01637 JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on plaintiff's Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412 (d) (*see* Dkt. 26). Defendant does not oppose plaintiff's motion (*see* Dkt. 27).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion (*see* Dkt. 26), time itemization (Dkt. 26, Attachment 2), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $6,450.49 shall be awarded to plaintiff pursuant to the

1 EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at

2 ***6-***7 (2010).

3     The Acting Commissioner shall contact the Department of Treasury after the Order for

4 EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined

5 that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the

6 Treasury's Offset Program, then the check for EAJA fees shall be made payable to Dellert Baird

7 Law Offices, PLLC, based on plaintiff's assignment of these amounts to plaintiff's attorney (*see*

8 Fee Agreement & Contract, Dkt. 26, Attachment 3). If there is an offset, the remainder shall be

9 made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.*,

10 Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's

11 counsel, Christopher H. Dellert, Esq., at Dellert Baird Law Offices, PLLC, 524 Tacoma Ave. S.,

12 Tacoma, WA 98402.

13     Dated this 13th day of July, 2016.

                                      J. Richard Creatura
                                      United States Magistrate Judge

ORDER ON UNOPPOSED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2